```
Richard J. Meier, Esq.
MEIER LLC
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-810-7490
Fax: 619-374-7337
```
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Donald Wilson, et al. | Case No.: |
| Plaintiff, | Judge: |
| v. | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, AND OTHER EQUITABLE RELIEF** |
| Mercantile Adjustment Bureau, LLC c/o National Registered Agents, Inc. 208 S. LaSalle Street, Suite 814 Chicago, IL 60604, | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION, VENUE,

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA) and 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## PARTIES

2. Plaintiffs are legally married spouses; hereinafter referred to as õHusbandö and õWife,ö respectively.

3. Plaintiffs are õconsumersö as defined by 15 U.S.C. §1692a(3).

4. Plaintiffs incurred a õdebtö as defined by 15 U.S.C. §1692a(5).

5. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

6. Defendant is a õdebt collectorö as defined by the FDCPA, 15 U.S.C. §1692a(6).

## FACTS COMMON TO ALL COUNTS

7. Plaintiffs retained an attorney ("Attorney") to resolve his debts.

8. In 2016, Defendant placed several telephone calls using an automated dialer to Plaintiffs for the purpose of collecting a debt from Plaintiffs.

9. In 2016, during at least one of these communications, Wife notified Defendant that Plaintiffs was represented by an attorney to resolve their debts, including the debt that Defendant was/is collecting.

10. On or about November 3, 2016, Attorney mailed a letter to Defendant notifying Defendant that Plaintiffs were represented, and provided Attorney's contact information.

11. Despite having notice of Plaintiff's representation, between December 30, 2016 and January 28, 2016, Defendant telephoned Plaintiffs at least 8 times for purposes of collecting a debt.

12. Defendant damaged Plaintiffs.

13. Defendant violated the FDCPA and, therefore, California's Rosenthal Act.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Rosenthal Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated California Civil Code §1788.14(c) by communicating with Plaintiffs despite having written notice that Plaintiffs were represented by an attorney.

## JURY DEMAND

18. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

1. Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $2,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for $2,000 in statutory damages for Defendant's violations of the California Rosenthal Fair Debt Collection Practices Act, pursuant to California Civil Code §1788.30(b);

    d. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3) and California Civil Code §1788.30(c);; and

    e. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: /s/ Richard J. Meier
Richard J. Meier
*Attorney for Plaintiffs*