Richard J. Meier, Esq.
MEIER LLC
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-810-7490
Fax: 619-374-7337
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| Donald Wilson, et al, | Case No.: 1:17-CV-01848 |
| Plaintiffs, | |
| v. | |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Mercantile Adjustment Bureau, LLC, | |
| Defendant. | |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)(1)(A)(ii), with prejudice. Each party shall bear its own costs and attorney fees. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-810-7490
Fax: 619-374-7337
richard@meierllc.com
*Attorney for Plaintiffs*

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

By: _/s/Debbie P. Kirkpatrick_
Debbie P. Kirkpatrick, Esq.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel: 619-758-1891
Fax: 619-296-2013
dkirkpatrick@sessions.legal
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*
